UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR621-006 |
| | ) | |
| SERVONTAE POWELL | ) | |
| DEBRA STRICKLAND | ) | |
| TIFFANY HUNT | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Noah J. Abrams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Noah J. Abrams** be granted leave of absence for the following periods: June 13, 2022 through June 17, 2022 and December 26, 2022 through December 30, 2022.

**SO ORDERED**, this the 16th day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA